UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                           Case No. 05-80897
MYRON LARESE HOOKER,                      Honorable Julian Abele Cook, Jr.

        Defendant.

## ORDER

This is a case in which the Defendant, Myron Larese Hooker ("Hooker"), has been charged by the Government with having knowingly, intentionally, and fraudulently obtained monies from a number of individuals, lending institutions, and banks, in violation of 18 U.S.C. § 371, 18 U.S.C. §§ 1341, 2, and 18 U.S.C. §§ 1343 and 2.

Although the trial was scheduled to begin on January 27, 2009, an adjournment of the case became necessary because there was a sufficiency of evidence that Hooker's good health had become sufficiently impaired which would have - arguably - prevented him from being a full participant in this criminal action.[1] On January 29, 2009, the Court entered an order which committed him to undergo an examination and evaluation pursuant to18 U.S.C. § 4241. Hooker, following his designation by the Federal Bureau of Prisons for an examination and evaluation on February 4, 2009, arrived at the Metropolitan Correctional Center in Chicago, Illinois on February

---

[1]On January 27, 2009, the Court adjourned trial in this matter on a "day to day basis" pending the completion of a psychological and physical examination of the Defendant.

9, 2009.

On April 9, 2009, the Court received a report from Federal Bureau of Prisons Forensic Studies Unit Psychologist Jason Dana who opined that Hooker's "mental health prognosis is determined to be good." With recognition that copies of this report were forwarded to the representative of the parties on April 30th, the Court directs the parties to appear for a hearing on May 18, 2009 at 3:00 p.m. to determine if Hooker is competent to stand trial in this matter pursuant to 18 U.S.C. §4247(d).[2] The parties shall have a period of ten (10) days from the date of this order to file any written objections to Dr. Dana's report of April 9, 2009.[3]

IT IS SO ORDERED.

Dated:  May 4, 2009  
       Detroit, Michigan

s/Julian Abele Cook, Jr.  
JULIAN ABELE COOK, JR.  
United States District Court Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 4, 2009.

s/ Kay Doaks  
Case Manager

---

[2] On this date and at such other time as may be designated by the Court, Hooker "shall be afforded an opportunity to testify, to present evidence, to subpoena witnesses on his behalf, and to confront and cross examine witnesses who appear at the hearing." 18 U.S.C. 4247(d).

[3] If any objection contains personal, confidential and potentially incriminating information regarding Hooker or his status in this case, it should be filed under seal. Thereafter, the Court may and under appropriate circumstances, (1) review such an objection *in camera*, (2) modify the terms of this directive, and/or (3) reveal the contents of this sealed pleading to the opposing party.